# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 23-CR-364-3 (JRS)** |
| **RAHEIM BROWN** | : | |
| | : | |

## ORDER

AND NOW, this 12th day of February, 2024, upon independent review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga (ECF No. 46) and the transcript of the guilty plea proceedings, it is **ORDERED** the Report and Recommendation is **APPROVED** and **ADOPTED.** I accept the guilty plea of Raheim Brown entered on February 6, 2024. Sentence will be imposed on **Wednesday, May 29, 2024 at 9:30 a.m.,** in Courtroom **14B.**

BY THE COURT:

/s/ Juan R. Sánchez
**HONORABLE JUAN R. SÁNCHEZ**
*United States District Court Chief Judge*
*Eastern District of Pennsylvania*